UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 0:12-cv-00162 (MJD/JJG)

Kate Barton,

           Plaintiff,

v.

Ocwen Loan Servicing, LLC, and Saxon
Mortgage Services, Inc.,

           Defendants.

## AFFIDAVIT OF JOHN ULZHEIMER

STATE OF GEORGIA   )
                             )ss
COUNTY OF FULTON   )

I, John R. Ulzheimer, being duly sworn under oath, state as follows:

    1.    I am the president of The Ulzheimer Group, LLC, and have been retained by Ocwen Loan Servicing, LLC ("Ocwen") as an expert witness in this matter.

    2.    Attached hereto as Exhibit 1 is an accurate copy of the report I produced in this matter. I produced this report after a thorough review of information and documentation relevant to this case. With the exception of a change in my address, the report, including all statements, opinions, and conclusions therein, remain true. My new address is: 1514 Sheridan Road, #4412, Atlanta, Georgia 30324.

[signature on next page]

1

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 6·21·13

_____
John R. Ulzheimer

SWORN TO and subscribed before me
this 21 day of June, 2013.

_____
Notary Public

[Notary Seal: DENISE P. CURTIS, NOTARY PUBLIC, DEKALB COUNTY, GA, Exp. Mar. 06, 2016]

2